# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-po-00014-GJR-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL G. STILES,

    Defendant.

---

## ORDER TERMINATING PROBATION
## PRIOR TO ORIGINAL EXPIRATION DATE

---

On July 21, 2008, the defendant commenced a one (1) year term of probation. The defendant has been compliant with all conditions of his supervised release, has completed all special conditions on or before October 7, 2008, has not incurred any new law violations, and is gainfully employed. Accordingly, it is

ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 16th day of October, 2008.

BY THE COURT:

_____
Gudrun J. Rice
United States Magistrate Judge